IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,      )
                               )
                    Plaintiff, )
                               )
          v.                   )      No. 12-CR-04008-BCW-18
                               )
JUSTIN A. BLACKBURN,           )
                               )
                    Defendant. )

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth,

to which no objection has been filed, the plea of guilty to count two of the Third Superseding

Indictment filed on August 30, 2012 is now accepted.    Defendant is adjudged guilty of such

offense.   Sentencing will be set by subsequent order of the court.

　　　　　　　　　　　　　　　　　　  s/ Brian C. Wimes
　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Dated: April 1, 2014